# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HOFBRÄUHAUS OF AMERICA, LLC, a Nevada corporation       ) <br>                 ) <br>       Plaintiff,      ) <br>                 ) <br> vs.                 ) <br>                 ) <br> MUSIC CITY BIERGARTEN, LLC, a Tennessee limited liability company,    ) <br>                 ) <br>       Defendant.     ) | Case No. 2:17-cv-00549-JAD-GWF <br><br> **ORDER** <br><br> Motion to Extend Time to Effectuate Service |

   This matter is before the Court on Plaintiff's Motion to Extend Time to Effectuate Service (ECF No. 6) filed on May 23, 2017.

   Pursuant to Fed. R. Civ. P. 6(b) and LR 6, extensions of time may be granted for good cause shown. Further, Rule 4(m) of the Federal Rules of Civil Procedure – which governs the time limit of service – allows the court to grant an extension of time for service if the plaintiff can show good cause for the failure to timely serve a defendant. Plaintiff has demonstrated good cause to warrant the requested thirty (30) day extension. Accordingly,

   **IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Time to Effectuate Service (ECF No. 6) is **granted**. Plaintiff shall have until **Friday, June 30, 2017** to effectuate service on Defendant Music City Biergarten, LLC.

   DATED this 31st day of May, 2017.

                  _____
                  GEORGE FOLEY, JR.
                  United States Magistrate Judge