Jennifer R. Lloyd, Esq.
Nevada Bar. No. 9617
Matthew J. Kreutzer, Esq.
Nevada Bar No. 8834
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
jl@h2law.com
mjk@h2law.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HOFBRÄUHAUS OF AMERICA, LLC, a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MUSIC CITY BIERGARTEN, LLC, a Tennessee limited liability company; ROBERT KRUMM; BRIAN KEHL, individually and as co-trustee of the KEHL FAMILY IRREVOCABLE TRUST; and STACY KEHL, co-trustee of the KEHL FAMILY IRREVOCABLE TRUST,<br><br>Defendants. | CASE NO. 2:17-cv-00549-JAD-GWF<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING MEDIATION**<br><br>ECF Nos. 17, 20 |

Defendants, MUSIC CITY BIERGARTEN, LLC ("MCB"), BRIAN KEHL, individually and as co-trustee of the KEHL FAMILY IRREVOCABLE TRUST, and STACY KEHL, co-trustee of the KEHL FAMILY IRREVOCABLE TRUST (Brian Kehl, Stacy Kehl and the Kehl Family Irrevocable Trust are referred to as the "Kehls" and the Kehls and MCB are collectively referred to as the "Defendants"), and Plaintiff Hofbrauhaus of America, LLC ("Plaintiff"), by and through their respective counsel of record, stipulate and agree as follows:[1]

---

[1] Defendant Robert Krumm was voluntarily dismissed from this action on July 6, 2017. [ECF No. 16].

1

STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING MEDIATION
4850-7665-1596 v.1

WHEREAS, on June 20, 2017, Plaintiff filed its Amended Complaint [ECF No. 11];

WHEREAS, on July 7, 2017, MCB filed a Motion to Dismiss or, in the Alternative, for Summary Judgment (the "Motion") [ECF No. 17];

WHEREAS, on July 13, 2017, Plaintiff and MCB held a Rule 26(f) conference;

WHEREAS, the parties have agreed to mediate this matter in Nevada on or before August 31, 2017;

WHEREAS, the parties have agreed that the mediation shall satisfy any obligation of the parties to mediate this matter as addressed and alleged in MCB's Motion; and

WHEREAS, Plaintiff granted the Kehls an extension until twenty-one (21) days after the mediation is concluded to file a responsive pleading to the Amended Complaint.

NOW THEREFORE, the parties hereby stipulate and request that these proceedings and all deadlines shall be stayed pending mediation between the parties and, that if this matter is not resolved through mediation, then the following shall occur:

1. The stay in these proceedings shall be immediately lifted;

2. MCB's Motion shall be denied as moot;

3. Plaintiff and MCB shall, within 14 days after conclusion of mediation, submit their proposed discovery plan and scheduling order and make their Rule 26(a)(1) initial disclosures;

4. MCB shall, within 14 days after conclusion of mediation, file its answer to the Amended Complaint; and

5. The Kehls shall, within 21 days after conclusion of the mediation, file their responsive pleading to the Amended Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

2
STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING MEDIATION
4850-7665-1596 v.1

In the event this matter is not resolved through mediation, the parties shall timely notify the Court. If the matter is resolved through mediation, the parties shall timely submit a stipulation for dismissal of the matter.

Dated this 27th day of July, 2017.                    Dated this 27th day of July, 2017.

HOWARD & HOWARD ATTORNEYS PLLC            DICKINSON WRIGHT PLLC

/s/ Jennifer R. Lloyd                                 /s/ Eric D. Hone
Jennifer R. Lloyd, Esq.                               Eric D. Hone, Esq.
Nevada Bar No. 9617                                   Nevada Bar No. 8499
Matthew J. Kreutzer, Esq.                             Gabriel A. Blumberg, Esq.
Nevada Bar No. 8834                                   Nevada Bar No. 12332
3800 Howard Hughes Parkway, Suite 1000                8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89169                               Las Vegas, Nevada 89113

*Attorneys for Defendants*                            *Attorneys for Plaintiff*

## ORDER

Based on the parties' stipulation [ECF No. 20] and good cause appearing, **IT IS SO ORDERED. IT IS FURTHER ORDERED that this case is STAYED pending mediation,** the Motion to Dismiss or, in the Alternative, for Summary Judgment **[ECF No. 17] is DENIED** as moot, and **the 8/28/17 hearing is VACATED**.

_____
U.S. District Judge Jennifer Dorsey
7-27-17

STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING MEDIATION
4850-7665-1596 v.1