**DICKINSON WRIGHT PLLC**
ERIC D. HONE
Nevada Bar No. 8499
Email: ehone@dickinson-wright.com
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
Email: gblumberg@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (844) 670-6009
*Attorneys for Plaintiff*
*Hofbrauhaus of America, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HOFBRÄUHAUS OF AMERICA, LLC, a Nevada corporation<br><br>Plaintiff,<br><br>vs.<br><br>MUSIC CITY BIERGARTEN, LLC, a Tennessee limited liability company; ROBERT KRUMM; BRIAN KEHL, individually and as co-trustee of the KEHL FAMILY IRREVOCABLE TRUST; and STACY KEHL, co-trustee of the KEHL FAMILY IRREVOCABLE TRUST,<br><br>Defendants. | CASE: 2:17-CV-00549-JAD-GWF<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>ECF No. 25 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Hofbräuhaus of America, LLC, and Defendants Music City Biergarten, LLC ("MCB"), Brian Kehl, individually and as co-trustee of the Kehl Family Irrevocable Trust, and Stacy Kehl, as co-trustee of the Kehl Family Irrevocable Trust, by and through their respective counsel of record, stipulate and agree as follows:[1]

---

[1] Defendant Robert Krumm was voluntarily dismissed from this action on July 6, 2017 [ECF No. 16].

1. This matter may be dismissed in its entirety, with prejudice;

2. Each party shall bear their own attorney fees and costs;

3. There are no hearings scheduled before this Court or other matters on the docket requiring the Court's attention.

DATED this 3rd day of January 2018.

DICKINSON WRIGHT PLLC

/s/ Eric D. Hone
Eric D. Hone, Nevada Bar No. 8499
Gabriel A. Blumberg, Nevada Bar No. 12332
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210

*Attorneys for Plaintiff*

DATED this 3rd day of January 2018.

HOWARD & HOWARD ATTORNEYS PLLC

/s/ Matthew J. Kreutzer
Jennifer R. Lloyd, Nevada Bar No. 9617
Matthew J. Kreutzer, Nevada Bar No. 8834
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169

*Attorneys for Defendants*

## ORDER

Based on the parties' stipulation [ECF No. 25] and good cause appearing, and because this dismissal leaves no claim remaining, IT IS HEREBY ORDERED that **this action is DISMISSED in its entirety with prejudice**, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: 1-3-18